# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## BRIEFING ORDER

June 19, 2019

| No. 19-1420 | VICTOR R. BROWN,<br>Plaintiff - Appellant<br><br>v.<br><br>SUE PETERS, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:18-cv-01957-WED<br>Eastern District of Wisconsin<br>Magistrate Judge William E. Duffin ||

The District Court **GRANTED** the pro se appellant leave to proceed on appeal in forma pauperis and has now received payment of the initial partial filing fee.

**IT IS ORDERED** that briefing will proceed as follows:

1. The Appellant's brief of Victor R. Brown will be due by July 19, 2019 for 19-1420.

**IT IS FURTHER ORDERED** that the district court collect the remainder of the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

NOTE:

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk

advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir.R. 34(e).

form name: **c7_PLRA_dc_gr_br**(form ID: **150**)